AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th St., Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: crc@ashrlaw.com
D. Lamar Hawkins – 013251
Christopher R. Chicoine - 025260
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHAWN BURGUENO,<br><br>Debtor.<br><br>Address: 1141 E. Tuckey Ln.<br>Phoenix, AZ 85014<br><br>Soc.Sec.No.: xxx-xx-3030 | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-10375-RJH<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

Debtor, by and through undersigned counsel, hereby files his List of Creditors Holding 20 Largest Unsecured Claims as attached hereto.

DATED this 18th day of May, 2009.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By_____
D. Lamar Hawkins
Christopher R. Chicoine
4742 North 24th St., Suite 100
Phoenix, Arizona 85016
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re  SHAWN BURGUENO ,
Debtor

Case No.  2:09-bk-10375-RJH

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SILVA, GREGORY 20100 N. 78TH PL. #2033 SCOTTSDALE, AZ 85255 | | Security Deposit | | 250 |
| BERGGREN, LINDA 7038 N. 11TH PL. PHOENIX, AZ 85020 | | Security Deposit | | 500 |
| JOHNSON, PATRICIA 4014 N. 88TH DR. PHOENIX, AZ 85014 | | Security Deposit | | 899 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MONTES, DARLENE 10407 W. MONTECITO AVE. PHOENIX, AZ 85037 | | Security Deposit | | 1,050 |
| BANK OF AMERICA PO BOX 15184 WILMINGTON, DE 19850 | Phone: 866-299-4011 | Credit Card | Contingent Unliquidated | 14,912 |
| COUNTRYWIDE HOME LOANS PO BOX 10229 VAN NUYS, CA 91410 | Phone: 866-653-6185 Fax: 805-520-5019 | Deficiency | | 16,200 Collateral FMV 0 |
| M&I MARSHALL & ILSLEY PO BOX 3203 MILWAUKEE, WI 53201 | Phone: 866-473-4333 Fax: 414-443-2610 | Deficiency | | 119,549 Collateral FMV 100,000 |
| M&I MARSHALL & ILSLEY PO BOX 3114 MILWAUKEE, WI 53201 | Phone: 866-473-4333 Fax: 414-443-2610 | Credit Card | Contingent Unliquidated | 24,998 |
| INDY MAC FEDERAL BANK PO BOX 4045 KALAMAZOO, MI 49003 | Phone: 866-706-8647 Fax: 512-250-2824 | Deficiency | | 129,516 Collateral FMV 95,000 |
| BANK OF AMERICA PO BOX 26078 GREENSBORO, NC 27420 | Phone: 888-702-1161 Fax: 336-805-3509 | Deficiency | | 49,843 Collateral FMV 0 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver 4.4.9-733 - 30618

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE<br>PO BOX 1820<br>DAYTON, OH 45401 | Phone: 866-754-0659<br>Fax: 937-913-7602 | Deficiency | | 147,736<br>Collateral FMV<br>95,000 |
| COUNTRYWIDE HOME LOANS<br>PO BOX 5170<br>SIMI VALLEY, CA 93062 | Phone: 800-669-6607<br>Fax: 805-520-5019 | Deficiency | | 138,374<br>Collateral FMV<br>55,000 |
| CHASE<br>PO BOX 24714<br>COLUMBUS, OH 43224 | Phone: 800-576-6730<br>Fax: 614-417-9473 | Deficiency | | 104,505<br>Collateral FMV<br>0 |
| GMAC MORTGAGE LLC<br>3451 HAMMOND AVE.<br>WATERLOO, IA 50702 | Phone: 800-766-4622<br>Fax: 319-236-5167 | Deficiency | | 448,000<br>Collateral FMV<br>325,000 |
| WELLS FARGO<br>PO BOX 4233<br>PORTLAND, OR 97208 | Phone: 800-241-0039<br>Fax: 866-306-8279 | Deficiency | | 250,000<br>Collateral FMV<br>95,000 |
| WELLS FARGO<br>PO BOX 10335<br>DES MOINES, IA 50306 | Phone: 800-734-4028<br>Fax: 866-278-1179 | Deficiency | | 360,021<br>Collateral FMV<br>200,000 |