In re  SHAWN BURGUENO
_____
Debtor(s)

Case Number:  2:09-bk-10375-RJH
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. CALCULATION OF CURRENT MONTHLY INCOME

| | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 0 | $ |
| 3 | **Net income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference on Line 3.  If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero <br><br> a. Gross receipts — $ 0 <br> b. Ordinary and necessary business expenses — $ 0 <br> c. Business Income — Subtract Line b from Line a | | $ 0 | $ N.A. |
| 4 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference on Line 4.  Do not enter a number less than zero. <br><br> a. Gross receipts — $ 5,342 <br> b. Ordinary and necessary operating expenses — $ 8,518 <br> c. Business Income — Subtract Line b from Line a | | $ 0 | $ N.A. |
| 5 | **Interest, dividends and royalties.** | | $ 0 | $ N.A. |
| 6 | **Pension and retirement income.** | | $ 0 | $ N.A. |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by the the debtor's spouse if Column B is completed. | | $ 0 | $ N.A. |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0  Spouse $ N.A. | | $ 0 | $ N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4-731 - 30618

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. <table><tr><td>a.</td><td></td><td>$      0</td></tr><tr><td>b.</td><td></td><td>$      0</td></tr></table> Total and enter on Line 9 | $    0 | $    N.A. |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $    0 | $    N.A. |
| 11 | **Total Current Monthly.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $                  0 | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: _5-15-09_      Signature: _____ <br>                                   (Debtor) <br><br> Date: _____      Signature: _____ <br>                                   (Joint Debtor, if any) |