# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SHAWN BURGUENO | | |
| **Case Number:** | 2:09-bk-10375-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:**   60 / 0

## *Appearances:*

CHRIS CHICOINE, ATTORNEY FOR SHAWN BURGUENO
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Chicoine reviewed the debtors response.  He advised they are waiting for an appraisal.

Mr. McDonald informed the parties will try to work this out.  He urged the Court to continue this hearing.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 10:00 AM.