# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SHAWN BURGUENO |
| **Case Number:** | 2:09-bk-10375-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:30 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK

**R / M #:** 86 / 0

## Appearances:

CHRIS CHICOINE, ATTORNEY FOR SHAWN BURGUENO
JESSICA KENNEY, ATTORNEY FOR MOVANT

## Proceedings:

Parties agreed to continue this hearing to January.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 10:30 AM.